UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

GREGORY ANTOINE BLACKMAN,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Distribution of Fentanyl)

On or about November 28, 2022, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Distribution of Methamphetamine)

On or about December 6, 2022, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3
(Distribution of Fentanyl)

On or about December 13, 2022, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 4
(Distribution of Methamphetamine)

On or about December 19, 2022, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 5
(Distribution of Fentanyl)

On or about January 4, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 6
(Distribution of Methamphetamine)

On or about January 9, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 7
(Distribution of Fentanyl)

On or about January 12, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 8
(Distribution of Fentanyl)

On or about January 23, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 9
(Distribution of Methamphetamine)

On or about January 25, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**GREGORY ANTOINE BLACKMAN,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney