UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY ANTOINE BLACKMAN,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:23-cr-00068

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a nine count Indictment. Counts 1, 3, 5, 7, and 8 charge him with distribution of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c); and counts 2, 4, 6, and 9 charge defendant with distribution of methamphetamine, in violation of 21 U.S.C.§§841(a)(1) and 21:841(b)(1)(C). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on June 23, 2023, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has not rebutted the statutory presumption of detention as to significant risk of non-appearance. The Court also

finds, however, as explained on the record, that the government has met its burden by preponderant evidence that the defendant poses a risk of non-appearance. The Court further finds that there is no condition or combination of conditions that will ensure defendant's appearance. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on June 26, 2023.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge